IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD A. MCCLELLAN and ANNABEL MCCLELLAN,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 10-05412 WHA<br><br>**ORDER DENYING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

　　　　The parties' stipulation to continue the case management conference and extend time to respond to the complaint and other deadlines is **DENIED**. As one extension has already been granted, the case management conference will go forward on April 21.

　　　　**IT IS SO ORDERED.**

Dated: April 7, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE