1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD A. MCCLELLAN and ANNABELLE MCCLELLAN,<br><br>Defendants. | Case No.  10-CV-05412-WHA<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT ARNOLD A. MCCLELLAN**<br><br>**Date Filed: November 30, 2010** |
|---|---|

Having considered Defendant Arnold A. McClellan's request to substitute his counsel, the Court hereby **APPROVES** the substitution of the law firm of O'Melveny & Myers LLP and the withdrawal of the law firm of Keker & Van Nest LLP as counsel for Defendant Arnold A. McClellan in the above-captioned action.

**IT IS SO ORDERED.**

Dated:  April 19, 2011.

_____
The Honorable William Alsup
United States District Court Judge
Northern District of California