MARC J. FAGEL (Cal. Bar No. 154425)
MICHAEL S. DICKE (Cal. Bar No. 158187)
   dickem@sec.gov
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
   farnhaml@sec.gov
VICTOR W. HONG (Cal. Bar No. 165938)
   hongv@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500

SEE SIGNATURE PAGE FOR
ADDITIONAL PARTIES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD A. MCCLELLAN and ANNABEL MCCLELLAN,<br><br>Defendants. | Case No. 10-CV-5412 WHA<br><br>STIPULATION OF DISMISSAL OF ACTION AGAINST DEFENDANT ARNOLD McCLELLAN |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action stipulate and agree that all claims against defendant Arnold McClellan should be dismissed. Plaintiff Securities and Exchange Commission (the "Commission"), defendant Arnold McClellan, and defendant Annabel McClellan, have reached a good faith settlement of the claims against defendants Arnold McClellan and Annabel McClellan, and the parties stipulate and agree that all claims against Arnold McClellan be dismissed with prejudice.

SEC v. McClellan, et al.
Case No: 10-CV-5412 WHA
1
Stipulation of Dismissal of Defendant Arnold McClellan

By entering this stipulation, Defendant Arnold McClellan hereby waives any rights under the Equal Access to Justice Act or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant Arnold McClellan to defend against this action.

Respectfully submitted,

Dated: October 25, 2011

/s/ Robert L. Tashjian
Robert Tashjian
SECURITIES AND EXCHANGE COMMISSION
Attorneys for Plaintiff

Dated: October 25, 2011

/s/ Daniel Bookin
Daniel Bookin
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: (415) 984-8786
Email: dbookin@omm.com
Attorneys for Arnold McClellan

Dated: October 25, 2011

/s/ Nicole Howell Neubert
Nicole Howell Neubert
Nanci Clarence
CLARENCE, DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Phone: (415) 749-1800
Email: nclarence@clarencedyer.com
Attorneys for Annabel McClellan

SEC v. McClellan, et al.
Case No: 10-CV-5412 WHA
2
Stipulation of Dismissal of
Defendant Arnold McClellan